# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S.
MATTHEW D.
ANDREW G.
RICHARD D.
DEBRA L. GR
DANIEL J. KO
HAL R. LIEB
ILANN M. M
KATHERINE
ZOE SALZMA
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

NAIRUBY L. BECKLES
MARISSA BENAVIDES
DAVID BERMAN
NICK BOURLAND
ANANDA BURRA
FRANCESCA COCUZZA
EMMA L. FREEMAN
ANDREW K. JONDAHL
SCOUT KATOVICH
NOEL R. LEÓN
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/20/2022

April 19, 2022

**By ECF**

Honorable Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

    Re:    *Peyman Bahadoran v. City of New York, et al.,* No. 21-cv-04884

Your Honor:

    This firm represents Plaintiff Peyman Bahadoran in the above-referenced action. We write in accordance with Paragraph 6 of the Court's March 11, 2022 Order (Dkt. 23) to request to reschedule the May 18, 2022 settlement conference in this action.

    On April 15, 2022, the Court granted Defendants' consented-to motion to adjourn the April 18 settlement conference (Dkt. 27). The Court rescheduled the conference to May 18, 2022. Plaintiff's principal counsel unfortunately has an immovable conflict on May 18, 2022 and will be out of the country on that day as a result. Plaintiff's counsel has conferred with Defendants' counsel and Your Honor's Chambers to ascertain available alternative dates, as required by the Court's March 11, 2022 Order. Based on that conferral, Plaintiff has confirmed that the parties and the Court are next available on June 7, 2022 and June 8, 2022. Therefore, Plaintiff respectfully requests that the Court reschedule the May 18, 2022 settlement conference to June 7, 2022 or June 8, 2022.

    We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/
Jonathan S. Abady
Earl S. Ward

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

>Marissa R. Benavides
>EMERY CELLI BRINCKERHOFF
>ABADY WARD & MAAZEL LLP
>600 Fifth Ave., 10th Floor
>New York, NY 10020
>(212) 763-5000

>*Attorneys for Plaintiff*

c.  Steve Stavridis, Esq.

---

Application GRANTED. The settlement conference is hereby ADJOURNED to **June 7, 2022, at 2:15 p.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. The parties' pre-conference settlement letters and acknowledgment forms (*see* Dkt. No. 23 ¶¶ 3-4) are due **May 31, 2022**. SO ORDERED.

*/s/ Barbara Moses*
Barbara Moses
United States Magistrate Judge
April 20, 2022