UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PEYMAN BAHADORAN,                                                 :
:
                Plaintiff,                    :         21-CV-4884 (JMF)
:
       -v-                                                        :         ORDER
:
THE CITY OF NEW YORK et al.,                                      :
:
                Defendants.                   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated during the teleconference held earlier today:

- The expert discovery deadline is EXTENDED by 60 days to **January 20, 2023**. The Court is unlikely to grant any further extensions to that date.

- Unless and until the Court orders otherwise, Defendants shall file any motion for summary judgment and any Daubert motions **within 30 days of the close of expert discovery**; any opposition shall be filed **within two weeks**; and any reply shall be filed **within one week of the opposition**. Defendants shall file a single, consolidated *Daubert* motion (i.e., regardless of how many experts are at issue), with a memorandum of law not to exceed 25 pages. To the extent that any party believes the foregoing deadlines or page limits should be modified, that party should confer with the other side and file a letter motion with the proposed modifications.

       SO ORDERED.

Dated: October 19, 2022
       New York, New York
                                                    JESSE M. FURMAN
                                                  United States District Judge