```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEYMAN BAHADORAN,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

21-CV-04884 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As a precondition for the continued settlement conference scheduled for January 30, 2024, the parties are required to conduct at least one "good-faith settlement discussion, in person or by telephone[.]" (Dkt. 67 ¶ 2.) The Court has reviewed the parties' confidential pre-settlement letters and it appears that they have not fulfilled this requirement. Ahead of the conference, the parties must meet and confer in good faith and in real time (e.g., in person or by telephone) for at least 30 minutes. During that period, each party must convey to the opposing party at least one good-faith settlement demand or offer.

    No later than close of business on **January 29, 2024**, the parties must submit a confidential, joint settlement update letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, confirming that they have met and conferred as required, and advising the Court of their current settlement positions.

Dated: New York, New York
       January 25, 2024

                            **SO ORDERED.**

                            _____
                            **BARBARA MOSES**
                            **United States Magistrate Judge**