```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEYMAN BAHADORAN,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

21-CV-04884 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons set forth on the record at the conclusion of yesterday's settlement conference, the New York City Law Department (Law Department), which represents the remaining defendants in this action, is hereby sanctioned pursuant to Fed. R. Civ. P. 16(f)(1)(B) and (C), and ¶ 1(b) of this Court's Order Scheduling Settlement Conference (Dkt. 67). The Law Department shall pay the reasonable expenses, including attorneys' fees, incurred by plaintiff to prepare for and attend the conference. For avoidance of doubt, the sanction does not extend to expenses incurred in connection with the preparation of materials (*e.g.*, expert reports) likely to be used at other stages of the case.

    If the parties cannot reach agreement on the amount of the sanction by **February 28, 2024**, plaintiff shall, on that date, file his motion requesting that the Court fix the amount of compensable expenses, including attorneys' fees, to be paid by the Law Department. As to fees, the request must be supported by contemporaneous time records and evidence as to the reasonableness of the rates charged. As to out of pocket expenses, the request must be supported by receipts, invoices, or like documentation.

Dated: New York, New York
       February 22, 2024

                                      **SO ORDERED.**

                                      _____
                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**