UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PEYMAN BAHADORAN, :
:
Plaintiff, :
: 21-CV-4884 (JMF)
-v- :
: ORDER
:
OFFICER JILLIAN SUAREZ et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's November 27, 2023 Order, ECF No. 66, the parties were required to file a joint status report on their settlement discussions within one week of their settlement conference before Magistrate Judge Moses. Although Magistrate Judge Moses held a settlement conference on February 21, 2024, the parties failed to file that report. On February 28, 2024, however, the parties filed a joint letter motion addressed to Magistrate Judge Moses, in which they represented that they "anticipate requesting a second settlement conference." ECF No. 74. In view of that representation, it is hereby ORDERED that the parties shall file their proposed Joint Pretrial Order and associated materials (in accordance with Section 5 of the Court's Individual Rules and Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-jesse-m-furman) **by the earlier of April 12, 2024**, **or within thirty days of any second settlement conference**. In light of that, the parties need not file a joint status report.

      SO ORDERED.

Dated: February 29, 2024
      New York, New York

                                                                  JESSE M. FURMAN
                                                             United States District Judge