UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEYMAN BAHADORAN,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.

        Defendants.

21-CV-4884 (JMF) (BCM)

**ORDER SCHEDULING THIRD SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court will hold a continued settlement conference on **April 24, 2024**, at **2:15 p.m.** The parties shall submit a confidential joint update letter, not to exceed four pages, advising the Court of developments since the last conference and setting forth each side's most recent settlement demand or offer.

Dated: New York, New York
       March 13, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**