UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEYMAN BAHADORAN,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

21-CV-04884 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed defendants' March 7, 2024 letter-motion (Dkt. 78) seeking reconsideration of the court's February 22, 2024 sanctions order (Dkt. 73). Plaintiff did not file any opposition.

    Judge Moses will hold a telephonic conference concerning defendants' motion on **April 12, 2024 at 10:00 a.m.** A few minutes before the scheduled conference, the parties must call **(888) 557-8511** and enter the access code **7746387**.

Dated: New York, New York
       April 10, 2024

                              SO ORDERED.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**