UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEYMAN BAHADORAN,

           Plaintiff,

-against-

CITY OF NEW YORK, et al.

           Defendants.

21-CV-4884 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic conference, defendants' March 7, 2024 letter-motion (Dkt. 78) seeking reconsideration of the court's February 22, 2024 sanctions order (Dkt. 73) is GRANTED IN PART. Because plaintiff has waived his right to an award of fees and expenses, defendants will not be required to pay any of the fees or other expenses incurred by plaintiff in preparing for and attending the February 21 settlement conference. The reconsideration motion is otherwise DENIED.

Dated: New York, New York
       April 12, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**