UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
PEYMAN BAHADORAN,                                                       :
                                                                        :
                                    Plaintiff,                          :
                                                                        :                21-CV-4884 (JMF)
                 -v-                                                    :
                                                                        :                ORDER
OFFICER JILLIAN SUAREZ et al.,                                          :
                                                                        :
                                    Defendants.                         :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court has been advised that the parties failed to reach an agreement at the April 24,
2024 settlement conference before Magistrate Judge Moses and that one or both sides did not
agree to the settlement recommendation issued by Magistrate Judge Moses subsequent to that
conference.  Accordingly, pursuant to the Court's February 29, 2024 Order, ECF No. 76, the
parties shall file their proposed Joint Pretrial Order and associated materials (in accordance with
Section 5 of the Court's Individual Rules and Practices in Civil Cases, available at https://www.
nysd.uscourts.gov/honjesse-m-furman) no later than **May 24, 2024**.

        SO ORDERED.

Dated: May 3, 2024
       New York, New York                                    _____
                                                                      JESSE M. FURMAN
                                                                  United States District Judge